UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KELLEY D. ROBERTS,<br><br>Defendant. | Case No. 2:25-po-05024-KLD-1<br><br>Ticket No. FBFM009Z<br><br>Location Code: M4B<br><br>Disposition Code: NC |

ORDER DISMISSING

The government has moved to dismiss the above referenced violation notice. Accordingly,

**IT IS ORDERED** that the violation notice FBFM009Z is **DISMISSED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant and to the Central Violations Bureau. CVB is directed to enter NC as the disposition code in this matter.

Dated this 17th day of December, 2025.

Kathleen L. DeSoto
United States Magistrate Judge